**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALMA NISSAN,

        Plaintiff,

v.                                                 CASE NO. 06-11018
                                                           HON. LAWRENCE P. ZATKOFF

LAURENCE A. HECKER,

        Defendant.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff filed her Complaint on March 9, 2006. Plaintiff's Complaint contains the following three counts:

    Count I        Violation of the Fair Debt Collection Practices Act;

    Count II       Violation of the Michigan Debt Collection Practices Act; and

    Count III      Intentional Infliction of Emotional Distress.

*See* Complaint.

The Court has subject matter jurisdiction over Count I, because it arises under federal law. *See* 28 U.S.C. § 1331. Counts II and III, however, are based upon state law. Although the Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *See* 28 U.S.C. § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in this matter. The Court finds that the contemporaneous presentation of Plaintiff's parallel state claims for relief will result in the undue confusion of the jury. *See* 28 U.S.C. § 1367(c)(4); *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315

(E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state law claims of Violation of the Michigan Debt Collection Practices Act (Count II) and Intentional Infliction of Emotional Distress (Count III) are hereby DISMISSED without prejudice.  The Court retains jurisdiction over Plaintiff's federal claim (Count I).

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  March 23, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 23, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290